**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| JOHN EVERETT LITTLEPAGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | CASE NO.:  1:16-cv-02945-JMS-MPB |
| GENERAL CREDIT SERVICES, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, John Everett Littlepage, by counsel, and Defendant, General Credit Services, Inc., by counsel, having filed with this Court their Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action be and the same is hereby dismissed, with prejudice.

Dated:  January 24, 2017

_____
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

**DISTRIBUTION:**

Daniel M. Spector
David S. Klain
CONSUMER LAW PARTNERS, LLC
435 North Michigan Avenue, Suite 1609
Chicago, IL  60611
Email:  davidklain@aol.com
Email:  Daniel.s@consumerlawpartners.com

Christopher E. Clark
Goodin Abernathy, LLP
8900 Keystone Crossing, Suite 1100
Indianapolis, IN 46240
Email: CClark@goodinabernathy.com